**Order filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00423-CV
_____

### JOSE R. VAZQUEZ, Appellant

### V.

### RENE FLORES, Appellee

---

**On Appeal from the County Civil Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1108504**

---

## O R D E R

Appellant's brief was due July 9, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 20, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM